AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**District of Minnesota**

MN Laborers Health and Welfare Fund; MN Laborers Pension Fund; MN Laborers Vaction Fund; Construction Laborers' Education and Training Fund of MN and ND; MN Laborers Employers Cooperation and Education Trust and MN Cement Masons Health and Welfare Fund; MN Cement Masons Pension Fund; MN Cement Masons Apprenticeship Fund; and MN Cement Masons Savings Fund

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 02-368 PAM/RLE

D& H Construction, Inc.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff's motion for a money judgment is granted.
2. Judgment is the amount of $6,548.66 shall be entered against Defendant in favor of the Plaintiffs ;MN Laborers Fringe Benefit Funds; and
3. That judgment in the amount of $338.86 shall be entered against defendant in favor of Plaintiffs MN Cement Masons Fringe Benefit Funds

December 12, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Mary Kaye Conery, Deputy Clerk

Modified:11/20/02